IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>                                                          )   Case No: 8:05CR307<br>               Plaintiff,                        )<br>       v.                                              )   **ORDER**<br>                                                          )<br>ARMONDO CARDENAS-GARICA,  )<br>                                                          )<br>               Defendant.                     ) | |

 The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

  **IT IS ORDERED** that **Michael L. Smart** is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

  **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

  **IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f).  At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

  **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Michael L. Smart.

 DATED this 1st day of September, 2005.

                              BY THE COURT:

                              s/ F.A. Gossett
                              United States Magistrate Judge