# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR307 |
| vs. | ) | |
| | ) | ORDER |
| ARMONDO CARDENAS-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is Attorney Michael L. Smart's Motion to Withdraw [27] as counsel for the defendant.   On September 21, 2005, Attorney Jerry J. Sena filed an Entry of Appearance of Counsel [26].  For that reason, the Motion to Withdraw [27] will be granted and Mr. Smart will be deemed withdrawn as attorney of record.

IT IS SO ORDERED.

DATED this 22nd day of September, 2005.

BY THE COURT:


s/ F. A. Gossett
U.S. Magistrate Judge