# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:05CR307 |
| vs. | ) ) ) | ORDER |
| ARMONDO CARDENAS-GARCIA, | ) ) | |
| Defendant. | ) | |

    Before the court is Attorney Michael L. Smart's Motion to Withdraw [27] as counsel for the defendant. On September 21, 2005, Attorney Jerry J. Sena filed an Entry of Appearance of Counsel [26]. For that reason, the Motion to Withdraw [27] will be granted and Mr. Smart will be deemed withdrawn as attorney of record.

    IT IS SO ORDERED.

    DATED this 22nd day of September, 2005.

                                    BY THE COURT:

                                    s/ F. A. Gossett
                                    U.S. Magistrate Judge